IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MILER SMITH                                                                   PLAINTIFF

VS.                         CASE NO. 4:17CV00342 PSH

NANCY A. BERRYHILL, Commissioner,
   Social Security Administration                              DEFENDANT

## JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 26th day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE